| | |
|---|---|
| 1 | KEVIN P. MUCK (CSB No. 120918) |
|   | kmuck@fenwick.com |
| 2 | CATHERINE KEVANE (CSB No. 215501) |
|   | ckevane@fenwick.com |
| 3 | MARIE C. BAFUS (CSB No. 258417) |
|   | mbafus@fenwick.com |
| 4 | FENWICK & WEST LLP |
|   | 555 California Street, 12th Floor |
| 5 | San Francisco, CA  94104 |
|   | Telephone:     (415) 875-2300 |
| 6 | Facsimile:      (415) 281-1350 |

Attorneys for Defendants
Equinix, Inc., Stephen M. Smith and Keith D. Taylor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEMENT MASONS & PLASTERERS JOINT PENSION TRUST, Individually and on Behalf of All Others Similarly Situated, | Case No.  11-CV-01016-SC |
| | CLASS ACTION |
| Plaintiff, | **AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| EQUINIX, INC., STEPHEN M. SMITH and KEITH D. TAYLOR, | |
| Defendants. | |

WHEREAS, the above-captioned action is alleged to be a class action asserting violations of the federal securities laws against Defendants Equinix, Inc., Stephen M. Smith and Keith D. Taylor (collectively, "defendants");

WHEREAS, when this action was filed, a case management conference was set for June 10, 2011 at 10:00 a.m.;

WHEREAS, the above-captioned action is subject to the requirements of the Private Securities Litigation Reform Act of 1995 (the "Reform Act");

WHEREAS, the Reform Act provides for, among other things, the appointment of a lead plaintiff to act on behalf of the alleged class, pursuant to 15 U.S.C. § 78u-4(3)(B);

1  WHEREAS, a motion for appointment of lead plaintiff was filed on May 3, 2011, and is
2  set for hearing on June 24, 2011;

3  WHEREAS, pursuant to stipulation, the Court entered an order on April 22, 2011
4  providing that, within forty-five (45) days of appointment of a lead plaintiff, an amended
5  complaint shall be designated or filed, and that defendants shall have forty-five (45) days
6  thereafter in which to file a motion to dismiss;

7  WHEREAS, pursuant to the Reform Act, all proceedings herein are stayed until a motion
8  to dismiss is denied; and

9  WHEREAS, in light of the foregoing, the parties believe that a case management
10 conference at this point would serve no purpose and would result in the needless expenditure of
11 private and judicial resources, and that the initial case management conference in this action
12 should be continued to a date after the Court has had an opportunity to decide defendants'
13 anticipated motion to dismiss;

14 WHEREAS, the parties have conferred with the Court and been informed that September
15 9, 2011, at 10:00 a.m. is a convenient date for the case management conference;

16 / / / / /

AMENDED STIPULATION AND
[PROPOSED] ORDER CONTINUING CMC

2

CASE NO. 11-CV-01016-SC

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the parties, that the case management conference presently scheduled for June 10, 2011 be continued until September 9, 2011, at 10 a.m.

Dated: June 1, 2011                     FENWICK & WEST LLP

By:    /s/ *Kevin P. Muck*
         Kevin P. Muck

Attorneys for Defendants Equinix, Inc., Stephen M. Smith and Keith D. Taylor

Dated: June 1, 2011                     ROBBINS GELLER RUDMAN & DOWD LLP

By:    /s/ *Shawn A. Williams*
         Shawn A. Williams

Attorneys for Plaintiff
Cement Masons & Plasterers Joint Pension Trust

Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this stipulation.

## ORDER

Pursuant to the foregoing stipulation, it is hereby ordered that the case management conference scheduled for June 10, 2011 be continued to September 9, 2011, at 10:00 a.m.

Dated: 6/2/11

The [Honorable Samuel] Conti
Judge Samuel Conti

IT IS SO ORDERED

AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING CMC     3     CASE NO. 11-CV-01016-SC