| | |
|---|---|
| 1 | KEVIN P. MUCK (CSB No. 120918) |
|   | kmuck@fenwick.com |
| 2 | CATHERINE KEVANE (CSB No. 215501) |
|   | ckevane@fenwick.com |
| 3 | MARIE C. BAFUS (CSB No. 258417) |
|   | mbafus@fenwick.com |
| 4 | FENWICK & WEST LLP |
|   | 555 California Street, 12th Floor |
| 5 | San Francisco, CA  94104 |
|   | Telephone:     (415) 875-2300 |
| 6 | Facsimile:      (415) 281-1350 |

Attorneys for Defendants
Equinix, Inc., Stephen M. Smith and Keith D. Taylor

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEMENT MASONS & PLASTERERS JOINT PENSION TRUST, Individually and on Behalf of All Others Similarly Situated, | Case No.  11-CV-01016-SC |
| | CLASS ACTION |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| EQUINIX, INC., STEPHEN M. SMITH and KEITH D. TAYLOR, | |
| Defendants. | |

WHEREAS, the above-captioned action is alleged to be a class action asserting violations of the federal securities laws against defendants;

WHEREAS, as Case Management Conference is scheduled in this action for September 9, 2011 at 10:00 a.m.;

WHEREAS, the action is subject to the requirements of the Private Securities Litigation Reform Act of 1995 (the "Reform Act");

WHEREAS, on August 8, 2011, International Brotherhood of Electrical Workers Local 697 Pension Fund (the "Fund") was appointed lead plaintiff pursuant to the Reform Act;

WHEREAS, pursuant to stipulation and order entered by the Court on April 22, 2011, the Fund shall file or designate an amended consolidated complaint by September 22, 2011 (*i.e.*,

within forty-five days after the order appointing the Fund as lead plaintiff);

WHEREAS, defendants shall have forty-five days from the Fund's filing or designation of the amended consolidated complaint in which to move, answer or otherwise respond;

WHEREAS, it is anticipated that defendants will file a motion to dismiss the amended consolidated complaint, and that a hearing on that motion is unlikely to be set for hearing until February 2012;

WHEREAS, pursuant to the Reform Act, all proceedings herein are stayed until and unless a motion to dismiss is denied;

WHEREAS, in light of the foregoing, the parties believe that a case management conference at this point would serve no purpose and would result in the needless expenditure of private and judicial resources, and that the case management conference in this action should be continued to a date after the Court has had an opportunity to consider defendants' anticipated motion to dismiss;

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the parties, that the case management conference presently scheduled for September 9, 2011 be continued until a date convenient for the Court on or after February 9, 2012.

Dated: August 30, 2011                FENWICK & WEST LLP

                                      By:   /s/ *Kevin P. Muck*
                                             Kevin P. Muck

                                      Attorneys for Defendants Equinix, Inc.,
                                      Stephen M. Smith and Keith D. Taylor

Dated: August 30, 2011                ROBBINS GELLER RUDMAN & DOWD LLP

                                      By:   /s/ *Shawn A. Williams*
                                             Shawn A. Williams

                                      Attorneys for Lead Plaintiff
                                      International Brotherhood of Electrical Workers
                                      Local 697 Pension Fund

Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this stipulation.

**ORDER**

Pursuant to the foregoing stipulation, it is hereby ordered that the case management conference scheduled for September 9, 2011 be continued to ___March 9, 2012___, ~~2012~~.

Dated: ___August 30, 2011___



The Honorable Samuel Conti

IT IS SO ORDERED
Judge Samuel Conti