ROBBINS GELLER RUDMAN
 & DOWD LLP
SHAWN A. WILLIAMS (213113)
MATTHEW S. MELAMED (260272)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
mmelamed@rgrdlaw.com

Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEMENT MASONS & PLASTERERS JOINT PENSION TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>EQUINIX, INC., et al.,<br><br>                Defendants. | No. 3:11-cv-01016-SC<br><br>CLASS ACTION<br><br>STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS |

654011_1

WHEREAS, the above-captioned action is alleged to be a class action asserting violations of the federal securities laws against defendants Equinix, Inc., Stephen M. Smith, and Keith D. Taylor (collectively, "defendants");

WHEREAS, the above-captioned action is subject to the requirements of the Private Securities Litigation Reform Act of 1995, which sets forth specialized procedures for the administration of securities class actions;

WHEREAS, the Court appointed International Brotherhood of Electrical Workers Local 697 Pension Fund as lead plaintiff and approved lead plaintiff's choice of counsel on August 8, 2011 (Dkt. No. 23);

WHEREAS, the parties to this action previously stipulated, pursuant to Civil L.R. 6-1(a), to allow each defendant to answer, move or otherwise respond to the lead plaintiff's amended complaint within 45 days of the date it was filed;

WHEREAS, the Court approved that stipulation on August 30, 2011 (Dkt. No. 25);

WHEREAS, lead plaintiff filed an amended complaint on September 22, 2011 (Dkt. No. 26);

WHEREAS, defendants intend to file a motion to dismiss the claims asserted against them by November 7, 2011;

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between the undersigned counsel for the parties, that (1) defendants shall file their motion to dismiss by November 7, 2011; (2) lead plaintiff shall file its opposition to the motion to dismiss by December 22, 2011; (3) defendants shall file their reply papers by January 30, 2012; and (4) the motion to dismiss shall be set for hearing on February 24, 2012 at 10:00 a.m.

DATED: September 29, 2011

ROBBINS GELLER RUDMAN
 & DOWD LLP
SHAWN A. WILLIAMS
MATTHEW S. MELAMED

          s/ Shawn A. Williams          
SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104

654011_1   STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS - 3:11-cv-01016-SC                                                                                                  - 1 -

```
                                        Telephone: 415/288-4545
                                        415/288-4534 (fax)

                                        Lead Counsel for Plaintiff

                                        CAVANAGH & O'HARA
                                        PATRICK J. O'HARA
                                        407 East Adams Street
                                        Springfield, IL  62701
                                        Telephone: 217/544-1771
                                        217/544-9894 (fax)

                                        Additional Counsel for Plaintiff

DATED: September 29, 2011               FENWICK & WEST LLP
                                        KEVIN P. MUCK
                                        CATHERINE KEVANE
                                        MARIE C. BAFUS


                                               s/ Kevin P. Muck
                                        _____
                                              KEVIN P. MUCK

                                        555 California Street, 12th Floor
                                        San Francisco, CA 94104
                                        Telephone: 415/875-2300
                                        415/281-1350 (fax)

                                        Attorneys for Defendants Equinix, Inc., Stephen
                                        M. Smith and Keith D. Taylor
```

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Setting a Briefing Schedule on Defendants' Motion to Dismiss. In compliance with General Order No. 45, X.B., I hereby attest that Kevin P. Muck has concurred in this filing.

```
                                              s/ Shawn A. Williams
                                        _____
                                              SHAWN A. WILLIAMS
```

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED: __10/4/11_____     _____
                                        THE HONORABLE SAMUEL CONTI
                                        UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED / Judge Samuel Conti / United States District Court / Northern District of California]

1  CERTIFICATE OF SERVICE

2  I hereby certify that on September 29, 2011, I authorized the electronic filing of the foregoing
3  with the Clerk of the Court using the CM/ECF system which will send notification of such filing to
4  the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I
5  caused to be mailed the foregoing document or paper via the United States Postal Service to the non-
6  CM/ECF participants indicated on the attached Manual Notice List.

7  I certify under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct.  Executed on September 29, 2011.

        s/ Shawn A. Williams
        SHAWN A. WILLIAMS

        ROBBINS GELLER RUDMAN
           & DOWD LLP
        Post Montgomery Center
        One Montgomery Street, Suite 1800
        San Francisco, CA  94104
        Telephone:  415/288-4545
        415/288-4534 (fax)
        E-mail:  shawnw@rgrdlaw.com

654011_1

## Mailing Information for a Case 3:11-cv-01016-SC

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Marie Caroline Bafus**
  mbafus@fenwick.com,cprocida@fenwick.com

- **Catherine Duden Kevane**
  ckevane@fenwick.com,knesbit@fenwick.com,kdeleon@fenwick.com

- **Matthew Seth Melamed**
  mmelamed@rgrdlaw.com,e_file_SF@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Kevin Peter Muck**
  kmuck@fenwick.com,cprocida@fenwick.com

- **Brian O. O'Mara**
  bo'mara@csgrr.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,ptiffith@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine J. Kowalewski
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```