KEVIN P. MUCK (CSB No. 120918)
kmuck@fenwick.com
CATHERINE KEVANE (CSB No. 215501)
ckevane@fenwick.com
MARIE C. BAFUS (CSB No. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants
Equinix, Inc., Stephen M. Smith and Keith D. Taylor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEMENT MASONS & PLASTERERS JOINT PENSION TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EQUINIX, INC., STEPHEN M. SMITH and KEITH D. TAYLOR,<br><br>Defendants. | Case No. 11-CV-01016-SC<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

WHEREAS, the above-captioned action is alleged to be a class action asserting violations of the federal securities laws against defendants;

WHEREAS, a Case Management Conference is scheduled in this action for March 16, 2012 at 10:00 a.m.;

WHEREAS, the action is subject to the requirements of the Private Securities Litigation Reform Act of 1995 (the "Reform Act");

WHEREAS, on August 8, 2011, International Brotherhood of Electrical Workers Local 697 Pension Fund was appointed lead plaintiff pursuant to the Reform Act;

WHEREAS, plaintiffs filed an Amended Complaint for Violation of the Federal Securities Laws ("Amended Class Action Complaint") on September 22, 2011;

1    WHEREAS, pursuant to a stipulated briefing schedule, defendants filed a motion to

2 dismiss the Amended Class Action Complaint on November 7, 2011, and that motion has been

3 fully briefed and taken under submission by the Court;

4    WHEREAS, this Court has not yet ruled on defendants' motion to dismiss;

5    WHEREAS, pursuant to the Reform Act, all proceedings herein are stayed until and

6 unless a motion to dismiss is denied;

7    WHEREAS, in light of the foregoing, the parties believe that a case management

8 conference at this point would serve no purpose and would result in the needless expenditure of

9 private and judicial resources, and that the case management conference in this action should be

10 continued to a date after the Court has had an opportunity to consider defendants' motion to

11 dismiss;

12    WHEREAS, the parties have conferred with the Court and been informed that May 25,

13 2012, at 10:00 a.m. is a convenient date for the case management conference;

14    IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the

15 parties, that:

16    1.    The case management conference presently scheduled for March 16, 2012 is

17 continued to May 25, 2012, at 10:00 a.m.

18    2.    The parties will file a Joint Case Management Conference Statement seven (7)

19 days prior to the case management conference.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

| | | |
|---|---|---|
| Dated: March 2, 2012 | | FENWICK & WEST LLP |
| | By: | /s/ Kevin P. Muck |
| | | Kevin P. Muck |

Attorneys for Defendants Equinix, Inc., Stephen M. Smith and Keith D. Taylor

| | | |
|---|---|---|
| Dated: March 2, 2012 | | ROBBINS GELLER RUDMAN & DOWD LLP |
| | By: | /s/ Shawn A. Williams |
| | | Shawn A. Williams |

Attorneys for Lead Plaintiff
International Brotherhood of Electrical Workers Local 697 Pension Fund

Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this stipulation.

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation, it is hereby ordered that:

1. The case management conference scheduled for March 16, 2012 is continued to May 25, 2012, at 10:00 a.m.

2. The parties will file a Joint Case Management Conference Statement seven (7) days prior to the case management conference.

Dated: March 2, 2012

_____
The Honorable Samuel Conti

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC         4         CASE NO. 11-CV-01016-SC