KEVIN P. MUCK (CSB No. 120918)
kmuck@fenwick.com
CATHERINE KEVANE (CSB No. 215501)
ckevane@fenwick.com
MARIE C. BAFUS (CSB No. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350

Attorneys for Defendants
Equinix, Inc., Stephen M. Smith and Keith D. Taylor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEMENT MASONS & PLASTERERS JOINT PENSION TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EQUINIX, INC., STEPHEN M. SMITH and KEITH D. TAYLOR,<br><br>Defendants. | Case No.  11-CV-01016-SC<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

WHEREAS, the above-captioned action is alleged to be a class action asserting violations of the federal securities laws against defendants;

WHEREAS, a Case Management Conference is scheduled in this action for March 16, 2012 at 10:00 a.m.;

WHEREAS, the action is subject to the requirements of the Private Securities Litigation Reform Act of 1995 (the "Reform Act");

WHEREAS, on August 8, 2011, International Brotherhood of Electrical Workers Local 697 Pension Fund was appointed lead plaintiff pursuant to the Reform Act;

WHEREAS, plaintiffs filed an Amended Complaint for Violation of the Federal Securities Laws ("Amended Class Action Complaint") on September 22, 2011;

1  WHEREAS, pursuant to a stipulated briefing schedule, defendants filed a motion to
2  dismiss the Amended Class Action Complaint on November 7, 2011, and that motion has been
3  fully briefed and taken under submission by the Court;

4  WHEREAS, this Court has not yet ruled on defendants' motion to dismiss;

5  WHEREAS, pursuant to the Reform Act, all proceedings herein are stayed until and
6  unless a motion to dismiss is denied;

7  WHEREAS, in light of the foregoing, the parties believe that a case management
8  conference at this point would serve no purpose and would result in the needless expenditure of
9  private and judicial resources, and that the case management conference in this action should be
10 continued to a date after the Court has had an opportunity to consider defendants' motion to
11 dismiss;

12 WHEREAS, the parties have conferred with the Court and been informed that May 25,
13 2012, at 10:00 a.m. is a convenient date for the case management conference;

14 IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the
15 parties, that:

16 1.  The case management conference presently scheduled for March 16, 2012 is
17 continued to May 25, 2012, at 10:00 a.m.

18 2.  The parties will file a Joint Case Management Conference Statement seven (7)
19 days prior to the case management conference.

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

| | | |
|---|---|---|
| 1 | Dated: March 2, 2012 | FENWICK & WEST LLP |
| 2 | | By:      /s/ Kevin P. Muck       |
| | | Kevin P. Muck |
| 3 | | |
| 4 | | Attorneys for Defendants Equinix, Inc., Stephen M. Smith and Keith D. Taylor |
| 5 | | |
| 6 | Dated: March 2, 2012 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 7 | | By:      /s/ Shawn A. Williams       |
| | | Shawn A. Williams |
| 8 | | Attorneys for Lead Plaintiff |
| 9 | | International Brotherhood of Electrical Workers Local 697 Pension Fund |

Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this stipulation.

## **[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, it is hereby ordered that:

1. The case management conference scheduled for March 16, 2012 is continued to May 25, 2012, at 10:00 a.m.

2. The parties will file a Joint Case Management Conference Statement seven (7) days prior to the case management conference.

Dated: __March 2, 2012_____        _____

The Honorable Samuel Conti