ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
MATTHEW S. MELAMED (260272)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
mmelamed@rgrdlaw.com

Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEMENT MASONS & PLASTERERS JOINT PENSION TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>EQUINIX, INC., et al.,<br><br>　　　　　　　　　　　Defendants. | No. 3:11-cv-01016-SC<br><br>CLASS ACTION<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULE FOR FILING OF SECOND AMENDED COMPLAINT |

694577_1

1    WHEREAS on March 2, 2012, the Court issued an Order Granting Defendants' Motion to
2    Dismiss plaintiffs' Amended Complaint for Violation of the Federal Securities Laws (the "Order")
3    (Dkt. No. 40);
4    WHEREAS the Order provides that plaintiffs may file a further amended complaint within
5    30 days of March 2, 2012 (*id.*);
6    WHEREAS plaintiffs' investigation is continuing and has uncovered additional facts
7    relevant to the issues alleged in plaintiffs' Amended Complaint for Violation of the Federal
8    Securities Laws (Dkt. No. 26);
9    WHEREAS plaintiffs will determine whether the additional facts will together address the
10   specific deficiencies identified by the Court in the Order;
11   WHEREAS the parties have met and conferred through their respective counsel of record and
12   agreed to extend the date by which plaintiffs must determine whether to file an amended complaint;
13   NOW THEREFORE, it is hereby stipulated between plaintiffs and defendants as follows:
14   1.   Plaintiffs shall have until May 2, 2012, to determine whether additional facts
15   uncovered address the pleading deficiencies identified in the Order.
16   2.   In the event that plaintiffs decide to file a second amended complaint, the complaint
17   shall be filed no later than May 2, 2012.  If a second amended complaint is not filed by that date, the
18   action will be dismissed with prejudice.
19   3.   If plaintiffs file a second amended complaint on or before May 2, 2012, defendants
20   shall have until June 15, 2012 in which to move, answer or otherwise respond to the second amended
21   complaint.  If defendants move to dismiss plaintiffs' second amended complaint, plaintiffs shall have
22   until July 31, 2012 to oppose defendants' motion, and defendants shall have until August 30, 2012 to
23   reply to plaintiffs' opposition.  The hearing on such motion to dismiss will be set for a date thereafter
24   that is mutually acceptable to the parties and the Court.

| | | |
|---|---|---|
| 1 | DATED: March 15, 2012 | ROBBINS GELLER RUDMAN |
| 2 | | & DOWD LLP<br>SHAWN A. WILLIAMS |
| 3 | | MATTHEW S. MELAMED |

                                                          s/ Shawn A. Williams
                                                          SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiff

DATED: March 15, 2012         FENWICK & WEST LLP
                                   KEVIN P. MUCK
                                   CATHERINE KEVANE
                                   MARIE C. BAFUS

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]

                                              s/ Kevin P. Muck
                                              KEVIN P. MUCK

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415/875-2300
415/281-1350 (fax)

Attorneys for Defendants Equinix, Inc., Stephen M. Smith and Keith D. Taylor

      I, Shawn A. Williams, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Regarding Schedule for Filing of Second Amended Complaint. In compliance with General Order 45.X.B, I hereby attest that Kevin P. Muck has concurred in this filing.

Dated: March 15, 2012             By:      s/ Shawn A. Williams
                                                      SHAWN A. WILLIAMS

1                                 *    *    *

2                                **O R D E R**

3       IT IS SO ORDERED.

4       DATED: _____     _____

                                                                                   THE HONORABLE SAMUEL CONTI

5                                                      UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 15, 2012.

    s/ Shawn A. Williams
SHAWN A. WILLIAMS
ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:shawnw@rgrdlaw.com

694577_1

# Mailing Information for a Case 3:11-cv-01016-SC

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Marie Caroline Bafus**
  mbafus@fenwick.com,cprocida@fenwick.com

- **Catherine Duden Kevane**
  ckevane@fenwick.com,pnichols@fenwick.com,knesbit@fenwick.com,kdeleon@fenwick.com

- **Matthew Seth Melamed**
  mmelamed@rgrdlaw.com,e_file_SF@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Kevin Peter Muck**
  kmuck@fenwick.com,cprocida@fenwick.com

- **Brian O. O'Mara**
  bo'mara@csgrr.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,ptiffith@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine         J. Kowalewski
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```