**United States District Court**
For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6      FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8
CEMENT MASONS & PLASTERERS          )  Case No. 11-01016 SC
9  JOINT PENSION TRUST,              )
   Individually and on Behalf of     )  ORDER REQUESTING SUPPLEMENTAL
10 All Others Similarly Situated,     )  <u>BRIEIFING</u>
                                      )
11            Plaintiffs,             )
                                      )
12        v.                          )
                                      )
13 EQUINIX, INC., STEPHEN M.          )
   SMITH, and KEITH TAYLOR,          )
14                                     )
              Defendants.            )
15                                     )
                                      )
16  _____ )

17      Now before the Court is Defendants' motion to dismiss

18 Plaintiffs' Second Amended Complaint ("SAC").  ECF No. 29.  Among

19 other things, the SAC asserts that Defendants falsely represented

20 that their sales force would not trade price for volume, i.e.,

21 offer discounts to customers.  In support, Plaintiffs allege

22 statements made by a confidential witness ("CW").  <u>See</u> ECF No. 44

23 ("SAC") ¶¶ 124-26.  Specifically, the CW states that she regularly

24 approved discounts between ten and thirty percent and that it was

25 not uncommon for discounts to rise above thirty percent with the

26 approval of the company's finance director.  <u>See</u> <u>id.</u>  It is not

27 clear that the conduct described by the CW was ever revealed to the

28 market.  Accordingly, it is not clear that Plaintiffs have

adequately alleged loss causation with respect to this CW's statements.  See Metzler Inv. GMBH v. Corinthian Colleges, Inc., 540 F.3d 1049, 1064 (9th Cir. 2008).  The Court hereby requests additional briefing on this issue.  Each party may file a single supplemental brief on this matter, not to exceed eight (8) pages, no later than fourteen (14) days after the signature date of this Order.  Response briefs are neither required nor permitted.


    IT IS SO ORDERED.


    Dated: September 24, 2012          _____

                              UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2