KEVIN P. MUCK (CSB No. 120918)
kmuck@fenwick.com
CATHERINE KEVANE (CSB No. 215501)
ckevane@fenwick.com
MARIE C. BAFUS (CSB No. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants
Equinix, Inc., Stephen M. Smith and Keith D. Taylor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CEMENT MASONS & PLASTERERS JOINT PENSION TRUST, Individually and on Behalf of All Others Similarly Situated, | Case No. 11-CV-01016-SC |
|---|---|
| Plaintiff, | CLASS ACTION |
| vs. | STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE |
| EQUINIX, INC., STEPHEN M. SMITH and KEITH D. TAYLOR, | |
| Defendants. | |

WHEREAS, the above-captioned action is alleged to be a class action asserting violations of the federal securities laws against defendants;

WHEREAS, pursuant to this Court's December 19, 2012 order setting a briefing schedule, defendants moved to dismiss plaintiffs' Third Amended Class Action Complaint ("Third Amended Complaint") on February 26, 2013 and plaintiffs filed their opposition to the motion to dismiss on April 9, 2013;

WHEREAS, in light of certain scheduling conflicts, defendants have requested and plaintiffs have agreed, subject to the approval of the Court, to extend defendants' deadline to file their reply papers in support of the motion to dismiss from April 30, 2013 to May 7, 2013;

WHEREAS, a hearing date for defendants' motion to dismiss is set for June 7, 2013, and nothing in this stipulation changes that hearing date, nor does this stipulation change any other date set in this matter.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the parties, that the time for defendants to file and serve their reply papers in support of their motion to dismiss the Third Amended Complaint should be extended to May 7, 2013.

Dated: April 11, 2013    FENWICK & WEST LLP

By:_____/s/ *Marie Bafus*_____
          Marie Bafus

Attorneys for Defendants Equinix, Inc., Stephen M. Smith and Keith D. Taylor

Dated: April 11, 2013    ROBBINS GELLER RUDMAN & DOWD LLP

By:_____/s/ *Shawn A. Williams*_____
          Shawn A. Williams

Attorneys for Lead Plaintiff
International Brotherhood of Electrical Workers Local 697 Pension Fund

Pursuant to Local Rule 5-1(i)(3), all of the signatories concur in the filing of this stipulation.

### [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation, it is hereby ordered that the time for defendants to file and serve their reply papers in support of their motion to dismiss the Third Amended Complaint should be extended to May 7, 2013.

Dated: ____04/15/2013____

_____
United States District Judge
Judge Samuel Conti

STIP. AND [PROP.] ORDER MODIFYING BRIEFING SCHEDULE      2      CASE NO. 11-CV-01016-SC