1   KEVIN P. MUCK (CSB No. 120918)
    kmuck@fenwick.com
2   CATHERINE KEVANE (CSB No. 215501)
    ckevane@fenwick.com
3   MARIE C. BAFUS (CSB No. 258417)
    mbafus@fenwick.com
4   FENWICK & WEST LLP
    555 California Street, 12th Floor
5   San Francisco, CA  94104
    Telephone:     (415) 875-2300
6   Facsimile:      (415) 281-1350

7   Attorneys for Defendants
    Equinix, Inc., Stephen M. Smith and Keith D. Taylor
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12   CEMENT MASONS & PLASTERERS          Case No.  11-CV-01016-SC
     JOINT PENSION TRUST, Individually and
13   on Behalf of All Others Similarly Situated,   CLASS ACTION

14                Plaintiff,               STIPULATION AND [PROPOSED]
                                           ORDER CONTINUING CASE
15       vs.                               MANAGEMENT CONFERENCE

16   EQUINIX, INC., STEPHEN M. SMITH and
     KEITH D. TAYLOR,
17
                  Defendants.
18

19       WHEREAS, the above-captioned action is alleged to be a class action asserting violations

20   of the federal securities laws against defendants;

21       WHEREAS, a Case Management Conference is scheduled in this action for June 21, 2013

22   at 10:00 a.m.;

23       WHEREAS, the action is subject to the requirements of the Private Securities Litigation

24   Reform Act of 1995 (the "Reform Act");

25       WHEREAS, on August 8, 2011, International Brotherhood of Electrical Workers Local

26   697 Pension Fund was appointed lead plaintiff pursuant to the Reform Act;

27       WHEREAS, plaintiffs filed a Third Amended Complaint for Violation of the Federal

28   Securities Laws ("Third Amended Complaint") on January 15, 2013;

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1      WHEREAS, defendants filed a motion to dismiss the Third Amended Complaint on

2   February 26, 2013, and that motion has been fully briefed;

3      WHEREAS, on June 4, 2013, the Court notified the parties that defendants' motion to

4   dismiss the Third Amended Class Action Complaint would be decided on the papers without oral

5   argument;

6      WHEREAS, the Court has not yet issued an order on defendants' motion to dismiss;

7      WHEREAS, pursuant to the Reform Act, all proceedings herein are stayed until and

8   unless a motion to dismiss is denied;

9      WHEREAS, in light of the foregoing, the parties believe that a Case Management

10   Conference at this point would serve no purpose and would result in the needless expenditure of

11   private and judicial resources, and that the Case Management Conference in this action should be

12   continued to a date after the Court has had an opportunity to consider defendants' motion to

13   dismiss;

14      WHEREAS, the parties have conferred with the Court and have been informed that

15   August 23, 2013, at 10:00 a.m. is a convenient date for the Case Management Conference;

16      IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the

17   parties, that:

18      1.      The Case Management Conference presently scheduled for June 21, 2013 is

19   continued to August 23, 2013, at 10:00 a.m.

20      2.      The parties will file a Joint Case Management Conference Statement seven (7)

21   days prior to the Case Management Conference.

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Dated: June 11, 2013                    FENWICK & WEST LLP

2                                            By:_____/s/ *Marie Bafus*_____
                                                         Marie Bafus
3
                                             Attorneys for Defendants Equinix, Inc.,
4                                            Stephen M. Smith and Keith D. Taylor

5

6    Dated: June 11, 2013                    ROBBINS GELLER RUDMAN & DOWD LLP

7                                            By:_____/s/ *Shawn A. Williams*_____
                                                         Shawn A. Williams
8
                                             Attorneys for Lead Plaintiff
9                                            International Brotherhood of Electrical Workers
                                             Local 697 Pension Fund
10

11           Pursuant to Civil Local Rule 5-1(i)(3), all of the signatories concur in the filing of this

12   stipulation.

13

14                                  [~~PROPOSED~~] ORDER

15           Pursuant to the foregoing stipulation, it is hereby ordered that:

16           1.      The Case Management Conference presently scheduled for June 21, 2013 is

17   continued to August 23, 2013, at 10:00 a.m.

18           2.      The parties will file a Joint Case Management Conference Statement seven (7)

19   days prior to the Case Management Conference.

20

21   Dated: _____06/12/2013_____          _____
                                                                    Judge Samuel Conti
22

23                                           Judge Samuel Conti

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO